| | |
|---|---|
| 1 | Tyler A. Brown (SBN 121350) |
| | JACKSON LEWIS P.C. |
| 2 | 50 California Street, 9th Floor |
| | San Francisco, CA 94111 |
| 3 | Tel.: (415) 394-9400 |
| | Fax: (415) 394-9401 |
| 4 | Email: brownt@jacksonlewis.com |
| 5 | Attorneys for Defendants |
| | MERRILL COMMUNICATIONS LLC and |
| 6 | MERRILL CORPORATION, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANDREWS, | Case No. 3:13-cv-05884 JSC |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER EXCUSING PERSONAL ATTENDANCE AT MEDIATION |
| MERRILL CORPORATION, INC., MERRILL COMMUNICATIONS LLC, & DOES 1 through 10, inclusive, | Complaint Filed: November 25, 2013 Trial Date: None Set |
| Defendant(s). | |

GOOD CAUSE APPEARING, IT IS ORDERED that the insurance representative for Defendants Merrill Communications LLC and Merrill Corporation, Inc. is excused under ADR Local Rule 6-10(d) from the personal attendance requirement under Rule 6-10(a) for the Mediation session scheduled for September 4, 2014 on the condition that the representative be on the phone during all sessions with the mediator.

IT IS SO ORDERED:

Dated: June 16 2014                                    _/s/ Jacqueline S. Corley_

~~ADR~~ Magistrate Judge, U.S. District Court

4853-3100-1371, v. 1